IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SANDRA PATTERSON, | § § § § | |
| Plaintiff | § § | |
| vs. | § § | NO. 3:19-cv-190 |
| BECTON, DICKINSON & CO., | § § § § § § | **Removed from:**<br>**327th Judicial District**<br>**El Paso County, Texas** |
| Defendant. | | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Becton, Dickinson, & Co. ("Defendant" or "BD") hereby removes this action from El Paso County District Court (the "State Court") to the United States District Court for the Western District of Texas, El Paso Division. The removal of this action is based on the existence of diversity jurisdiction as set forth below:

**I.   INTRODUCTION**

1. On or about June 17, 2019, Plaintiff Sandra Patterson ("Plaintiff") filed a petition (the "Petition") in the State Court styled *Sandra Patterson v. Becton, Dickinson, & Co.*, Cause No. 2019-DC-229. *See* Ex. 3 at App. 0000007.

2. In Plaintiff's Petition, she alleges two causes of action under the Texas Labor Code: (a) sex discrimination and (b) retaliation. *See* Ex. 3 at App. 0000014. Plaintiff also alleges that she seeks damages in "an amount to exceed $100,000.00." *See* Ex. 3 at App. 0000009.

3. BD was served with the State Court Action on June 24, 2019. *See* Ex. 2 at App. 0000002.

4. Under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely because it is filed

within thirty days after BD was first served with a copy of Plaintiff's Petition.

5. Removal is proper to this Federal District Court and division because it embraces El Paso County, Texas.

6. In accordance with 28 U.S.C. § 1446(a), the concurrently filed Appendix is incorporated herein and contains true and correct copies of all process, pleadings, and orders served upon BD in the State Court Action; an index of all documents that identifies each document and the date each document was filed; and a copy of the State Court Action's docket sheet. BD will also file a Corporate Disclosure Statement that complies with FED. R. CIV. P. 7.1.

7. BD is the only defendant sued and served with Plaintiff's Petition. Therefore, no other consent to remove is required.

8. BD will provide prompt written notice of the filing of this Notice of Removal to all adverse parties and will file a copy of it with the State Court.

## II.   BASIS OF JURISDICTION

9. Removal is proper under 28 U.S.C. §§ 1332, 1441, and 1446 because there is complete diversity of citizenship between Plaintiff and BD. In addition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### A.   There Exists Complete Diversity

10. Plaintiff is a citizen of Texas. *See* Ex. 3 at App. 0000007.

11. BD is incorporated under the laws of the State of New Jersey. *See* Ex. 5 at App. 0000020, ¶ 4. BD's principal place of business is located in the State of New Jersey – where its officers direct, control, and coordinate the corporation's activities. *See* Ex. 5 at App. 0000020 ¶ 4-5; *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010). As such, BD is a citizen of New Jersey. 28 U.S.C. § 1332(c)(1).

12. Because Plaintiff is a citizen of Texas and BD is a citizen of New Jersey, there is

complete diversity of citizenship between Plaintiff and BD.  28 U.S.C. § 1332(a).

### B. Plaintiff Alleges An Amount In Controversy In Excess Of The Threshold Requirements

13. Plaintiff's Petition meets the amount in controversy requirement of $75,000 needed for diversity jurisdiction pursuant to 28 U.S.C. § 1332(b).  Specifically, Plaintiff's Petition seeks damages in an amount in excess of $100,000.  *See* Ex. 3 at App. 0000009. Because Plaintiff's Petition affirmatively seeks damages in excess of $75,000, the amount in controversy requirement for diversity jurisdiction is met. *See St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1983) ("[T]he sum claimed by the plaintiff controls, if the claim is apparently made in good faith.")

### III. PRAYER

This Court is vested with jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there exists complete diversity and the amount in controversy exceeds $75,000.  Thus, removal of this action is proper.  Accordingly, BD respectfully requests that this Court assume jurisdiction over this action and proceed with handling this action as if it was filed initially in the United States District Court for the Western District of Texas, El Paso Division.

Dated July 11, 2019                             Respectfully submitted,

                                                                */s/ Sean M. McCrory*
                                                                Sean M. McCrory
                                                                Texas State Bar No. 24078963

                                                                LITTLER MENDELSON, P.C.
                                                                A Professional Corporation
                                                                2001 Ross Avenue
                                                                Suite 1500, Lock Box 116
                                                                Dallas, TX  75201.2931
                                                                214.880.8100
                                                                214.880.0181 (Fax)
                                                                smccrory@littler.com

                                                                ATTORNEYS FOR DEFENDANT
                                                                BECTON, DICKINSON & CO.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, the foregoing Notice was electronically filed in the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Ricardo E. Vielledent
**VIELLEDENT** & **ASSOCIATES, PLLC**
6006 N. Mesa, Suite 700
El Paso, Texas 79912
vielledentlaw@gmail.com

                                                                */s/ Sean M. McCrory*
                                                                Sean M. McCrory

FIRMWIDE:165426628.1 045252.1268